## JONATHAN ALSTON and OSBURN ALSTON v. ALEXANDER McFARLAN and HANNAH ALSTON.

Court of Chancery. Kent. August 13, 1817.

*Ridgely's Notebook I, 128.*

## JOSHUA LAWS, Administrator of Ebenezer Evans, v. ELIAS SHOCKLEY, JAMES B. RALSTON, et al., Creditors of the said Ebenezer Evans.

Orphans' Court. August, 1817.

*Ridgely's Notebook I, 136.*

